

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Joy L. Hammontree, Appellant

No. 06-15-00022-CV      v.

Donna R. Strawn, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 12-C-0801-202). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we set aside the trial court's judgment without regard to the merits, and we remand the case to the trial court for rendition of judgment in accord with the parties' settlement agreement.

We further order that each party shall bear its own costs of appeal.

RENDERED JUNE 2, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk